B6 Summary (Official Form 6 - Summary) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In re  **Kimberly D. Smallenberg**　　　　　　　　　　　　　　Case No.  **13-36149-KRH**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter  **7**

*AMENDED*
# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | 1 | $0.00 | | |
| B - Personal Property | No | 4 | $8,313.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | No | 1 | | $6,576.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | No | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | No | 5 | | $32,841.24 | |
| G - Executory Contracts and Unexpired Leases | No | 1 | | | |
| H - Codebtors | No | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 1 | | | $2,527.38 |
| J - Current Expenditures of Individual Debtor(s) | No | 2 | | | $2,963.98 |
| TOTAL | | 18 | $8,313.00 | $39,417.24 | |

Form 6 - Statistical Summary (12/07)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In re **Kimberly D. Smallenberg**　　　　　　　　　　　　　　Case No. **13-36149-KRH**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter **7**

*AMENDED*

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $14,857.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| **TOTAL** | **$14,857.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $2,527.38 |
| Average Expenses (from Schedule J, Line 18) | $2,963.98 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $3,898.72 |

**State the following:**

| | |
|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | $1,842.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $0.00 |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | $0.00 |
| 4. Total from Schedule F | $32,841.24 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | $34,683.24 |

B6C (Official Form 6C) (4/13)

In re **Kimberly D. Smallenberg**                                    Case No. **13-36149-KRH**
                                                                            (If known)

## *AMENDED*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                      $155,675.*
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| cash | Va. Code Ann. § 34-4 | $7.00 | $7.00 |
| Checking account at SunTrust Bank ending in 7227 | Va. Code Ann. § 34-4 | $340.00 | $340.00 |
| Tables, dresser, crib, table dishes, radiolaptop computer, bicycle. | Va. Code Ann. § 34-26(4a) | $280.00 | $280.00 |
| Couch, chairs, bookcase, entertainment center, changing table, 4 kitchen chairs, microwave, refrigerator, dishwasher, washer and dryer, stove, TV. | Va. Code Ann. § 34-26(4a) | $475.00 | $950.00 |
| Ladies and children clothing | Va. Code Ann. § 34-26(4) | $500.00 | $500.00 |
| 3 necklace, 4 rings, earrings, watch | Va. Code Ann. § 34-4 | $700.00 | $700.00 |
| Wedding set | Va. Code Ann. § 34-26(1a) | $800.00 | $800.00 |
| Possible 2013 tax refunds | Va. Code Ann. § 34-4 | $1.00 | $1.00 |
| All proceeds within 6 months of filing bankruptcy including but not limited to inchoate interest in inheritance property, insurance proceeds, property settlements, and any interest debtor has in property that is unknown to the debtor at the date of filing. | Va. Code Ann. § 34-4 | $1.00 | $1.00 |
| *Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to c commenced on or after the date of adjustment. | | $3,104.00 | $3,579.00 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Kimberly D. Smallenberg**                                                                   Case No.  **13-36149-KRH**
                                                                                                                                    (if known)

## *AMENDED*
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of     **3**     sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **12/3/2013**                                   Signature  **/s/ Kimberly D. Smallenberg**
                                                                                *Kimberly D. Smallenberg*

Date _____                   Signature _____

[If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*